1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        Case No. 5:21-po-00677-JLT

11 |          Plaintiff,

12 | v.                               MOTION AND ORDER FOR DISMISSAL
                                     WITHOUT PREJUDICE
13 | ISABELLA KINTZ,

14 |          Defendant.

15

16

17      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

18 Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

19 Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

20
   DATED:  January 3, 2022                    Respectfully submitted,
21
                                              PHILLIP A. TALBERT
22                                            United States Attorney

23                                     By:    /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
24                                            Assistant U.S. Attorney

25

26

27

28
                                              1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **January 3, 2022**

UNITED STATES MAGISTRATE JUDGE